THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JAMES BOVE, Appellant.— Appeal by defendant from a judgment of conviction of the crimes of grand larceny in the first degree, grand larceny in the second degree and forgery in the third degree. Judgment of the County Court of Westchester County modified on the law by setting aside the judgment insofar as it convicts defendant of the crimes of grand larceny in the first degree under count No. 76 of the indictment, and grand larceny in the second degree under count No. 100 thereof, as to which there is insufficient evidence to support a conviction, and

by dismissing said counts Nos. 76 and 100. As so modified, the judgment is unanimously affirmed. The sentence, accordingly, is modified by providing for conviction on twenty-seven counts of grand larceny in the first degree, other than count No. 1, and upon eleven counts of grand larceny in the second degree other than count No. 25. In all other respects the sentence is confirmed and approved. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Aldrich, JJ.